4427.  SUBER *v.* THE STATE.

POTTLE, J. No error of law having been committed, and the evidence being sufficient to authorize the verdict, the conviction must stand.

*Judgment affirmed.*

DECIDED OCTOBER 22, 1912.

Accusation of sale of liquor; from city court of Blackshear— Judge Milton. August 12, 1912.

*Andrew B. Estes*, for plaintiff in error.

*S. F. Memory, solicitor,* contra.